IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BELINDA BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-cv-3851 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |

AND NOW, this 3rd day of September, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation [Doc. 22] is APPROVED and ADOPTED;

2. Plaintiff's Request for Review [Doc. 15] is DENIED; and

3. Judgment is entered in this matter in favor of DEFENDANT and against PLAINTIFF.

4. The Clerk is DIRECTED to mark this case closed.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.